**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000798
19-FEB-2021
08:00 AM
Dkt. 50 OCOR

NO. CAAP-16-0000798

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant, v.
BRONSON SARDINHA, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF FIRST CIRCUIT
(CRIMINAL NO. 16-1-0359[1])

SECOND ORDER OF CORRECTION
(By: Nakasone, J., for the court[1])

IT IS HEREBY ORDERED that the Memorandum Opinion entered on January 15, 2021 (docket no. 42) in the above case is hereby corrected as follows:

At page 1, the party designation "Defendant-Appellant" is changed to "Defendant-Appellee" so that it reads as follows:

BRONSON SARDINHA, Defendant-Appellee

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, February 19, 2021.

FOR THE COURT:

/s/ Karen T. Nakasone
Associate Judge

---

[1] Ginoza, Chief Judge, Wadsworth and Nakasone, JJ.